IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AETNA INC. et al., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 07-05541 |
| | : | |
| EXPRESS SCRIPTS, INC. et al., | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 17th day of September, 2009, upon consideration of Defendants' Motion for Expedited Daubert Hearing (doc. no. 152) and Plaintiff's response thereto (doc. no. 182), and given this Court's September 16th, 2009 Opinion (doc. no. 221) and Order (doc. no. 222), it is **ORDERED** that said motion is **DENIED** as **MOOT**.

It is further **ORDERED** that Defendants' Motion for Leave to File Reply in Support of Motion to Exclude Plaintiff's Expert Robert J. DeLuca (doc. no. 153); Defendants' Motion for Leave to File Reply Memorandum in Support of Their Motion for Summary Judgment (doc. no. 154); Defendants' Motion for Leave to File Reply Memorandum in Support of Their Motion to Exclude Plaintiff's Experts Robert Verscharen and Jennifer Katona (doc. no. 155); and Plaintiff's Motion for Leave to File Reply in Support of Plaintiffs' Motion to Exclude Defendants' Proffered Expert Testimony by Adam J. Fein (doc. no. 158) are **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**